AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
MAR 24 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Andres GARZA<br>USC DOB: 11/3/1976<br><br>*Defendant(s)* | Case No. M-20-800-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 23, 2020** in the county of **Starr** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and Intentionally Possess with Intent to Distribute a Controlled Substance, that is approximately 4.06 Kilograms of Cocaine, a Schedule II Controlled Substance Under the Controlled Substances Act |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

approved by AUSA Frances E. Blake on 3/24/2020.

*Complainant's signature*

Alexandro Solis DEA TFA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/24/2020

*Judge's signature*

City and state: McAllen, Texas

Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment A

On March 23, 2020, at approximately 6:29 pm, GARZA drove a silver GMC Sierra pickup truck bearing Texas license plates JHM3271 from Ciudad Miguel Aleman, Tamaulipas, Mexico into the Roma, Texas Customs and Border Protection (CBP) Port of Entry. CBP Officers placed GARZA's vehicle into secondary inspection for further investigation. During secondary inspection, a CBP K-9 displayed a positive alert for the presence of narcotics on the engine compartment of the vehicle GARZA was driving. Subsequently, CBP Officers found four bundles wrapped in black tape inside the air filter housing of the vehicle (approximate weight 4.06 kilograms). CBP Officers conducted a presumptive field test of the bundles resulting in a positive result for cocaine. At that time GARZA was placed under arrest.

At approximately 8:00 pm, DEA Agent Victor Chica and TFA Alexandro Solis arrived at the Roma, Texas, CBP Port of Entry, to interview GARZA. TFA Solis read GARZA his Miranda Rights in his preferred language of English. GARZA stated that he understood his rights and agreed to speak to agents.

GARZA stated that he traveled from Roma, Texas, to Ciudad Miguel Aleman, Mexico, earlier that afternoon to buy meat and sodas. GARZA stated while he was at the meat market, he was approached by a male that he only knows as aka "Flaco" who offered GARZA $2,000.00 USD to transport marijuana in GARZA's truck into the United States. GARZA stated that he agreed to transport marijuana for payment and "Flaco" took GARZA's truck to an unknown location and returned it a short time later. GARZA stated that he was instructed by "Flaco" to drive his truck to the Border Town store or the Saenz Mini Mart in Roma, Texas. GARZA stated that he knew that what he was doing was illegal, but he did it for the money.